UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: PAPA JOHN'S EMPLOYEE AND FRANCHISEE EMPLOYEE ANTITRUST LITIGATION | Case No.: 3:18-CV-00825-BJB-RSE |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Papa John's International, Inc. and Papa John's USA, Inc. (collectively, the "Defendants") respectfully submit this Notice of Supplemental Authority in support of the pending Unopposed Motion for Preliminary Approval of a Class Action Settlement and to Direct Notice to the Proposed Settlement Class (ECF No. 202) (the "Preliminary Approval Motion") filed by the Plaintiffs in this matter.

On August 25, 2023, the U.S. Court of Appeals for the Seventh Circuit issued an opinion in which a three-judge panel held that the district court erred in analyzing a no-poach clause under the rule of reason, while vacating and remanding the case for the district court to reconsider the issue of class certification. *Deslandes v. McDonald's USA, LLC*, Nos. 22-2333 & 22-2334, 2023 WL 5496957 (7th Cir. Aug. 25, 2023). A copy of the Opinion is attached hereto as Exhibit A. The Defendants respectfully request that the Court take notice of this supplemental authority in considering the pending Preliminary Approval Motion in this case, as the Opinion identifies unanswered "complex questions" that will require "discovery, economic analysis, and potentially a trial" to resolve, mirroring the array of risks posed by similar uncertainties in this case that motivated the parties to negotiate a settlement and further embodying a repeated basis on which district courts in the Sixth Circuit courts relied to approve settlements with small recovery amounts per class member. *Id.* at *3; *see also, e.g.*, *Dickens v. Zeon G.P. LLC*, No. 3:06-CV-363-H, 2011

WL 4054357, at *5 (W.D. Ky. Sept. 12, 2011) (approving a settlement and concluding that "the fairly modest amounts class members will receive reflect both parties' recognition of existing evidence and the great difficulty in proving the case"); *Sweet v. Gen. Tire & Rubber Co.*, No. 75-CV-181A, 1982 WL 278, at *9 (N.D. Ohio Mar. 17, 1982) (approving class settlement and finding that "[w]hile certain of the claimants will receive little or no financial relief, . . . the share of the settlement fund allocated to each claimant bears a direct relationship to the actual strength of each claim and the possibility of overall relief being awarded on the basis of its merits").

**DATED: September 6, 2023**

Respectfully submitted,

PAPA JOHN'S INTERNATIONAL, INC.
AND PAPA JOHN'S USA, INC.

By: *s/ Gerald L. Maatman, Jr.*
    One of their Attorneys

Gerald L. Maatman, Jr. (*pro hac vice*)
DUANE MORRIS LLP
109 South LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312-499-6700
Fax: 312-499-6701
GMaatman@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.